**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| | | |
|---|---|---|
| CITY OF PHILADELPHIA, | : | No. 345 EAL 2019 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| RICHARD J. SILVERBERG & | : | |
| ASSOCIATES, P.C. AND RICHARD J. | : | |
| SILVERBERG, | : | |
| | : | |
| Petitioners | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 19th day of November, 2019, the Petition for Allowance of Appeal is **DENIED**.